United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. WHITE,

        Plaintiff,

   v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

_____/

Case No. 07-3708 EMC

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

( )    One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

( x )    One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

1     Any matters presently set before Magistrate Judge Chen, will be taken off calendar and
2 counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new
3 date.

4

5 Dated: July 18, 2007                                  Richard W. Wieking, Clerk
                                                                           United States District Court

6

7

8 _____

9 By: Betty Fong, Deputy Clerk

**United States District Court**
For the Northern District of California