SCOTT SCHOOLS (SCBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7000

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL S. WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, ex rel., PAULINE BALDENEGRO, and ED SABRACK,<br><br>    Defendants. | Case No. C-07-03708-JSW<br><br>CASE MANAGEMENT STATEMENT OF UNITED STATES AND <u>[Proposed] ORDER</u><br><br>Date: October 24, 2007<br>Time: 1:30 p.m.<br><br>Place: Courtroom 2, 17th Floor |

    The United States of America, on behalf of its agency the Internal Revenue Service, and the named individual defendants, Pauline Baldenegro and Ed Sabrack, employees of the Internal Revenue Service, submit this case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.

### DESCRIPTION OF THE CASE

    1.    <u>A brief description of the events underlying the action:</u>

    a.    <u>Defendant.</u>[1]

---

[1] Plaintiff informed counsel for the government he prepared and filed a separate Case Management Statement.

Plaintiff, pro se, previously filed an action seeking to "expunge" a Notice of Federal Tax Lien. That action was dismissed. <u>Michael S. White v. Marsha A. Wharff, et al.</u>, Case NO. C-06-6884-PJH (N.D. Cal. 2006).

On June 18, 2007, Plaintiff, pro se, commenced this action seeking injunctive relief and damages against the United States, ex rel. Pauline Baldenegro and Ed Sabrack, employees of the Internal Revenue Service. This action involves the same Notice of Federal Tax Lien in the prior action which was dismissed. Plaintiff's request for a temporary restraining order was denied was denied by the Court on July 24, 2007.

Plaintiff disputes the validity of the Notice of Federal Tax Lien in the amount of $725,264.74, filed on August 24, 2004 securing his 1998 and 1999 federal income tax liabilities. The tax lien was filed in Mendocino County, California by former IRS Revenue Officer Pauline Baldenegro.

Plaintiff also complains of subsequent levy action(s) instituted against him by Internal Revenue Service Revenue Officer Ed Sabrack. The Notice of Levy was served to Umpqua Bank in Roseburg, Oregon on April 9, 2007.

**2.    The principal factual issues which the parties dispute:**

The dispute appears to be legal rather than factual.

**3.    The principal legal issues which the parties dispute:**

i.    Whether the Plaintiff owes federal income taxes for 1998 and 1999.

**4.    The other factual issues [*e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue*] which remain unresolved for the reason stated below and how the parties propose to resolve those issues:**

Plaintiff has not served the United States, the real party in interest, nor has he served the individual defendants.

**5.    The parties which have not been served and the reasons:**

Plaintiff has not served the United States, the real party in interest, nor has he served the individual defendants.

**6.    The additional parties which the below-specified parties intend to join and**

**US Case Management Statement,**
**C-07-03708-JSW**                                2

| | |
|---|---|
| 1 | **the intended time frame for such joinder:** |
| 2 | The United States is the real party in interest. |
| 3 | 7. **The following parties consent to assignment of this case to a United States** |
| 4 | **Magistrate Judge for *[court or jury]* trial:** |
| 5 | a. **Plaintiff** |
| 6 | b. **Defendants** |
| 7 | Defendants do not consent to assignment of this case to a United States Magistrate |
| 8 | Judge for trial. |

**ALTERNATIVE DISPUTE RESOLUTION**

8. **Please indicate the appropriate responses.**

☐ **The case was automatically assigned to Nonbinding Arbitration at filing and will be ready for the hearing by** (date) _____.

Not applicable.

☐ **The parties have filed a Stipulation and Proposed Order Selecting an ADR Process** (specify process)**:** _____.

Not applicable.

☐ **The parties filed a Notice of Need for ADR Phone Conference and the phone conference was held on or is scheduled for** _____.

Not applicable.

☐ **The parties have not filed a Stipulation and Proposed Order Selecting an ADR Process and the ADR process that the parties joint request** [or a party separately requests] **is** _____.

Not applicable.

9. **Please indicate any other information regarding ADR process or deadline.**

a. **Plaintiff**

Unknown.

b. **Defendant**

Because the United States intends to file a Motion to Dismiss this action in its

**US Case Management Statement,**
**C-07-03708-JSW**                3

entirety, it does not believe that assignment to an ADR process at this time would be appropriate. In the event the Court denies the United States' Motion to Dismiss, the United States will promptly advise the Court as to its request for assignment to an appropriate ADR process.

## DISCLOSURES

**10.     The parties certify that they have made the following disclosures** [list disclosures of persons, documents, damage computations and insurance agreements]:

    **a.     Plaintiff**

    Unknown.

    **b.     Defendant**

    Because of the dispositive jurisdictional issue, disclosures do not appear relevant at this time.

## DISCOVERY

**11.     The parties agree to the following discovery plan** [Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery from experts; deadlines for completing discovery]**:**

    **a.     Plaintiff**

    Unknown.

    **b.     Defendant**

Because the United States intends to file a Motion to Dismiss this action in its entirety, Defendants do not propose a discovery plan at this time. In the event the Court denies the United States' Motion to Dismiss, Defendants will promptly propose a discovery plan to the Court.

## TRIAL SCHEDULE

**12.     The parties request a trial date as follows:**

    **a.     Plaintiff**

    Unknown.

    **b.     Defendant**

    The United States does not request a trial date at this time as it has filed a Motion to Dismiss this action in its entirety. In the event the Court denies the United States' Motion to

**US Case Management Statement,**
**C-07-03708-JSW**                                              4

Dismiss, the United States will promptly advise the Court as to an appropriate trial date.

**13.** **The parties expect that the trial will last for the following number of days:**

a. **Plaintiff**

Unknown.

b. **Defendant**

Not applicable at this time.

SCOTT SCHOOLS
United States Attorney

Dated: October 27, 2007        By:     */s/Cynthia Stier*
Cynthia Stier
Assistant U.S. Attorney
Attorneys for the United States of America
and the Named defendants

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.  In addition the Court orders:

Dated:_____        _____
THE HONORABLE JEFFREY WHITE
UNITED STATES DISTRICT  JUDGE

**US Case Management Statement,**
**C-07-03708-JSW**                5

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**CASE MANAGEMENT STATEMENT OF UNITED STATES AND [Proposed] ORDER**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

\_X\_\_\_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_\_  **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

\_\_\_\_  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

MICHAEL S. WHITE, Pro Se
P.O. BOX 304
HOPLAND, CA 95449

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **October 17, 2007** at San Francisco, California.

                    /s/ Kathy Tat
                  **KATHY TAT**
                  **Legal Assistant**