# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: October 26, 2007                **Court Reporter**: Jim Yeomans

**CASE NO. C-07-3708  JSW**

**TITLE:** Michael S. White, et al., v. United States of America ex rel., et al.,

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

Pro Per                                    Cynthia Stier

**PROCEEDINGS:   Case Management Conference**

**RESULTS:**

> **The Court informed Plaintiffs' that they need to properly serve all documents on the defendants.**
> **All parties shall be properly served by 11-26-07.**
>
> **Defendants shall file a motion to dismiss by 12-26-07, or 30 days from service.**
>
> **Hearing on Motion to Dismiss and Further CMC:  2-1-08 at 9:00 a.m.**