IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. WHITE,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

No. C 07-03708 JSW

**ORDER RE (1) JUDGE VADAS AND (2) PLAINTIFF'S COMPLAINT**

    The Court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

    On or before December 28, 2007, each party shall file a letter stating whether or not they request reassignment of this matter to Magistrate Judge Vadas. If all parties so request, the matter will be transferred. The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

    On November 26, 2007, Plaintiff filed his Third Amended Complaint. In this document, Plaintiff explained that he filed the amended complaint in an effort to comply with the Court's order that Plaintiff serve all parties by November 26, 2007. To comply with the Court's order, Plaintiff shall serve a copy of his amended complaint filed on September 25, 2007. Plaintiff shall file proof of such service by no later than December 19, 2007.

Plaintiff's Third Amended Complaint was filed in violation of Federal Rule of Civil Procedure 15(a), which requires leave of court if a party wishes to amend a pleading more than once. Therefore, the Court HEREBY STRIKES the Third Amended Complaint. If Plaintiff wishes to amend his complaint, he shall file a noticed motion to file an amended complaint. In his motion, Plaintiff shall explain what changes he seeks to make to his complaint and what the basis is for such proposed amendment.

**IT IS SO ORDERED.**

Dated:  December 6, 2007

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. WHITE,

        Plaintiff,

  v.

USA et al,

        Defendant.

Case Number: CV07-03708 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia Lewis Stier
United States Attorney
450 Golden Gate Avenue
San Francisco, CA 94102

Michael S. White
P.O. Box 304
Hopland, CA 95449

Dated: December 6, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk