```
 1  SCOTT SCHOOLS (SCBN 9990)
    United States Attorney
 2  THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
 4  Assistant United States Attorney
      9th Floor, Federal Building
 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
 6    Telephone: (415) 436-7000

 7  Attorneys for Defendants.
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL S. WHITE,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, PAULINE BALDENEGRO and ED SABRACK,<br><br>   Defendants. | Case No. C-07-03708-JSW<br><br>[Proposed] ORDER GRANTING UNITED STATES' MOTION TO DISMISS |

THIS MATTER came on for hearing on January 22, 2008, on the Defendant's Motion to Dismiss. The Court having considered the Motion, the Plaintiff's Opposition thereto, and the Defendant's Reply, if any, the pleadings on file in this matter, and the arguments of the parties presented at the hearing, and for good cause shown,

THE COURT HEREBY FINDS that this action is dismissed with prejudice for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Fed.R.Civ.P.

Accordingly,

IT IS HEREBY ORDERED that the Defendant's Motion to Dismiss is **GRANTED.**

Date: _____

                                              _____
                                              NANDOR J. VADAS
                                              UNITED STATES MAGISTRATE JUDGE