1   SCOTT SCHOOLS (SCBN 9990)
  United States Attorney
2   THOMAS MOORE (ASBN 4305-O78T)
  Assistant United States Attorney
3   Chief, Tax Division
  CYNTHIA STIER (DCBN 423256)
4   Assistant United States Attorney
   9th Floor, Federal Building
5    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6    Telephone: (415) 436-7000

7   Attorneys for Defendants.

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 11   MICHAEL S. WHITE, | ) | Case No. C-07-03708-JSW |
| 12      Plaintiff, | ) | **DECLARATION OF CYNTHIA STIER IN SUPPORT OF** |
| 13      v. | ) | **UNITED STATES' MOTION TO DISMISS** |
| 14 | ) | |
| 15   UNITED STATES OF AMERICA, PAULINE BALDENEGRO and ED SABRACK, | ) | |
| 16 | ) | Date:  January 22, 2008 |
| 17      Defendants. | ) | Time: 1:00 p.m.<br>Place: Courtroom 205A, 2nd Floor |

18

19     I, Cynthia Stier, do hereby declare as follows:

20     1.    I am an Assistant United States Attorney for the Northern District of California,

21 and in such capacity represent the Defendants, United States of America, in this action. I have

22 personal knowledge of the facts set forth in this declaration and, if called upon to do so, could

23 and would testify competently thereto.

24     2.    Government's Exhibits 1 through 4, Certificates of Assessments and Payments,

25 attached hereto, were provided to me as part of the administrative file of the Internal Revenue

26 Service in this case. I have caused the social security numbers to be redacted.

27 //

28 //

3.    Government's Exhibits 5, a copy of the Tax Court Order of Dismissal in <u>White v. Commissioner</u>, Docket No. 12437-99, provided to me as part of the administrative file of the Internal Revenue Service.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on <u>*December 12, 2007*</u>.

Respectfully submitted,

<u>/S/ Cynthia Stier</u>
CYNTHIA STIER
Assistant U.S. Attorney

Stier Declaration in Support of Government's
Motion for Default and Summary Judgment,
Case No. C-04-5025-PJH                    2

# EXHIBIT 1



# United States    of America

### Department of the Treasury
### Internal Revenue Service

Date: July 24, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Michael S. White & Stacy L. Benevedes, SSN: ████-9707 and Spouses SSN: ████-3288, for U.S. Individual Income Tax Return, for the tax period December 31, 1996 consisting of seven pages

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E                    Form **2866** (Rev. 09-1997)

000001

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

---

MICHAEL S WHITE & STACY L BENEVEDES      EIN/SSN: ▓▓▓▓-9707
                                                   ▓▓▓-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|--------------------------------------|----------------------------|----------------------------------|
| | ADJUSTED GROSS INCOME 549,753.00 | | | |
| | TAXABLE INCOME 543,053.00 | | | |
| 10-20-1997 | RETURN FILED & TAX ASSESSED 29211-294-33109-7  199751 | | 37,157.32 | 12-29-1997 |
| 04-15-1997 | WITHHOLDING & EXCESS FICA | | 15,365.00 | |
| 04-22-1996 | ESTIMATED TAX DECLARATION | | 1,050.00 | |
| 04-15-1997 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1997 | | | |
| 04-15-1997 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1997 | | | |
| 08-15-1997 | EXTENSION OF TIME TO FILE EXT. DATE  10-15-1997 | | | |
| 10-20-1997 | PAYMENT WITH RETURN | | 19,205.00 | |
| | FAILURE TO PAY TAX PENALTY 19975108 | 576.15 | | 12-29-1997 |
| | INTEREST ASSESSED 19975108 | 1,003.84 | | 12-29-1997 |
| 04-06-1998 | PRIOR TAX ABATED 29254-462-78037-8 | 816.00- | | |
| | INTEREST ASSESSED 19981208 | | 1.00 | 04-06-1998 |
| | FAILURE TO PAY TAX PENALTY 19981208 | | 18.04 | 04-06-1998 |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MICHAEL S WHITE & STACY L BENEVEDES      EIN/SSN: ███████-9707
                                                  ██████-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| 04-03-1998 | AMENDED RETURN FILED 29277-504-01381-8 | | | |
| 04-29-1998 | SUBSEQUENT PAYMENT | | 1,600.00 | |
| 06-22-1998 | PRIOR TAX ABATED 29254-532-17242-8 | 721.00- | | |
| 06-22-1998 | FAILURE TO PAY TAX PENALTY ABATED | 18.03- | | |
| 06-22-1998 | INTEREST ABATED | 66.46- | | |
| 06-22-1998 | REFUND | | (85.81) | |
| 06-22-1998 | INTEREST DUE TAXPAYER | | 0.67 | |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION EXAM/COLLECTIONS 90 DAY LETTER UNAGREED, CLOSED TO APPEALS 29247-610-10014-9  19993108 | | 0.00 | 08-16-1999 |
| 08-02-1999 | LEGAL SUIT PENDING | | | |
| 02-09-2000 | ASSESSMENT STATUTE EXPIR DATE EXTEND TO 10-20-2000 | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MICHAEL S WHITE & STACY L BENEVEDES     EIN/SSN: ▓▓▓-▓▓-9707
                                                 ▓▓▓-▓▓-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|----------------------------------|
| | MISCELLANEOUS PENALTY 29247-446-70011-0  20000808 | 10,000.00 | | 03-06-2000 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AGREED AUDIT DEFICIENCY PRIOR TO 30 OR 60 DAY LETTER 29247-446-70011-0  20000808 | 148,649.00 | | 03-06-2000 |
| 03-06-2000 | RENUMBERED RETURN 29247-446-70011-0 | | | |
| 02-14-2000 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| | INTEREST ASSESSED 20000808 | 40,037.65 | | 03-06-2000 |
| 07-10-2000 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-23-2000 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 06-27-2000 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE UNDELIVERABLE LEVY NOTICE | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3


                                                        000004

```
     CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
 ----------------------------------------------------------------------------

MICHAEL S WHITE & STACY L BENEVEDES     EIN/SSN: ████-██-9707
                                                 ████-██-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996
```

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 02-05-2001 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-04-2002 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-22-1998 | INTEREST DUE TAXPAYER REVERSED | | (0.67) | |
| 04-15-1999 | OVERPAID CREDIT APPLIED 1040      199812 | | 1,000.00 | |
| 04-12-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-24-2004 | MODULE BLOCKED OR RELEASED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |

```
FORM 4340  (REV. 01-2002)              PAGE    4
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

-------------------------------------------------------------------------------

MICHAEL S WHITE & STACY L BENEVEDES      EIN/SSN: ███-██-9707
                                                  ███-██-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 08-26-2004 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 10-11-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-26-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-13-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-17-2004 | FEDERAL TAX LIEN | | | |
| 01-10-2005 | FEES AND COLLECTION COSTS | 14.00 | | |
| 02-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-29-2005 | SUBSEQUENT PAYMENT LEVY | | 40.00 | |
| 12-30-2005 | SUBSEQUENT PAYMENT LEVY | | 30,063.65 | |

FORM 4340  (REV. 01-2002)              PAGE    5

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------

MICHAEL S WHITE & STACY L BENEVEDES      EIN/SSN: ▓▓-▓▓-9707
                                                  ▓▓-▓▓-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 03-07-2006 | SUBSEQUENT PAYMENT LEVY | | 584.63 | |
| 12-29-1997 | Statutory Notice of Balance Due | | | |
| 01-19-1998 | Statutory Notice of Intent to Levy | | | |
| 04-06-1998 | Statutory Notice of Balance Due | | | |
| 03-06-2000 | Statutory Notice of Balance Due | | | |
| 04-10-2000 | Notice of Balance Due | | | |
| 05-15-2000 | Statutory Notice of Intent to Levy | | | |
| 03-29-2004 | Statutory Notice of Intent to Levy | | | |
| 11-29-2004 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    6

000007

```
             CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-----------------------------------------------------------------------------

MICHAEL S WHITE & STACY L BENEVEDES      EIN/SSN: ███-██-9707
                                                  ██-██-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1996
-----------------------------------------------------------------------------

BALANCE       167,013.04

-----------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

-----------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: Linda L. Drake

PRINT NAME:_____ Linda L. Drake _____

TITLE:_____ Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:_____ SW Delegation Order 198 _____


LOCATION: INTERNAL REVENUE SERVICE

         ACCOUNT STATUS DATE 07/24/2006

FORM 4340  (REV. 01-2002)                    PAGE    7
```

# EXHIBIT 2



# United States    of America

### Department of the Treasury
### Internal Revenue Service

Date: July 24, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Michael S. White & Stacy L. Benevedes, SSN: ██████-9707 and Spouses SSN: ██████-3288, for U.S. Individual Income Tax Return, for the tax period December 31, 1997 consisting of four pages ──────────────────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

000009

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
----------------------------------------------------------------------

MICHAEL S WHITE & STACY L BENEVEDES      EIN/SSN: ███-██-9707
                                                  ███-██-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|---------------------------------|
| | ADJUSTED GROSS INCOME<br>245,955.00 | | | |
| | TAXABLE INCOME<br>235,239.00 | | | |
| | SELF EMPLOYMENT TAX<br>3,128.00 | | | |
| 04-15-1998 | RETURN FILED & TAX ASSESSED<br>29221-235-49912-8 | | 0.00 | 10-05-1998 |
| | MISCELLANEOUS PENALTY<br>IRC 6662 ACCURACY PENALTY<br>29247-743-00004-0  20005108 | 14,341.20 | | 01-01-2001 |
| 04-15-1998 | WITHHOLDING CREDIT | | 177.00 | |
| | ADDITIONAL TAX ASSESSED<br>BY EXAMINATION<br>AUDIT DEFICIENCY, 90 DAY<br>LETTER UNDELIVERABLE<br>29247-743-00004-0  20005108 | 71,883.00 | | 01-01-2001 |
| 01-01-2001 | RENUMBERED RETURN<br>29247-743-00004-0 | | | |
| | INTEREST ASSESSED<br>20005108 | 21,416.35 | | 01-01-2001 |
| 05-20-2002 | MODULE IN FEDERAL PAYMENT<br>LEVY PROGRAM | | | |
| 04-12-2004 | MODULE REVERSED OUT OF<br>FEDERAL PAYMENT LEVY<br>PROGRAM | | | |
| 05-24-2004 | MODULE BLOCKED OR<br>RELEASED FROM FEDERAL<br>PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                 PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------

MICHAEL S WHITE & STACY L BENEVEDES      EIN/SSN: ███-██-9707
                                                  ███-██-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 06-28-2004 | REVERSAL OF MODULE BLOCKED FROM FEDERAL PAYMENT LEVY PROGRAM | | | |
| 07-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-26-2004 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 10-11-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-26-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-13-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-17-2004 | FEDERAL TAX LIEN | | | |
| 02-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)                    PAGE    2

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL S WHITE & STACY L BENEVEDES     EIN/SSN: ███-██-9707
                                                 ███-█-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997


                                    ASSESSMENT,     PAYMENT,     ASSESSMENT
DATE        EXPLANATION OF TRANSACTION   OTHER DEBITS    CREDIT     DATE (23C,
                                      (REVERSAL)    (REVERSAL)    RAC 006 )
-------------------------------------------------------------------------------

04-11-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

04-11-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           LEVY NOTICE ISSUED

04-13-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

04-29-2005 INTENT TO LEVY COLLECTION
           DUE PROCESS NOTICE
           RETURN RECEIPT SIGNED

01-01-2001 Statutory Notice of Balance Due

01-22-2001 Statutory Notice of Intent to Levy

03-29-2004 Statutory Notice of Intent to Levy

11-29-2004 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)                    PAGE    3
```

000012

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MICHAEL S WHITE & STACY L BENEVEDES      EIN/SSN: ███-██-9707
                                                  ███-██-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1997
------------------------------------------------------------------------

BALANCE        107,463.55

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: *Linda L. Drake*

PRINT NAME:_____ Linda L. Drake _____

TITLE:_____ Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:___ SW Delegation Order 198 _____


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 07/24/2006

FORM 4340  (REV. 01-2002)              PAGE    4

000013

# EXHIBIT 3



# United States of America

### Department of the Treasury
### Internal Revenue Service

Date: July 24, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:   is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Michael S. White, SSN: ■■-■-9707 and Spouses SSN: ■■-■-3288, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1998 consisting of four pages ─────────────────────────────

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

Catalog Number 19002E

Form **2866** (Rev. 09-1997)

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
--------------------------------------------------------------------------------

MICHAEL S WHITE                    EIN/SSN: ██-██-9707
                                           ██-██-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|------|------|------|
| | ADJUSTED GROSS INCOME 1,038,384.00 | | | |
| | TAXABLE INCOME 1,034,834.00 | | | |
| | SELF EMPLOYMENT TAX 15,909.00 | | | |
| 11-27-2000 | SUBSTITUTE FOR RETURN 29210-330-26621-0 | | 0.00 | 12-25-2000 |
| 04-15-1999 | EXTENSION OF TIME TO FILE EXT. DATE  08-15-1999 | | | |
| 04-15-1999 | SUBSEQUENT PAYMENT | | 1,000.00 | |
| 04-15-1999 | OVERPAYMENT CREDIT TRANSFERRED 1040       199612 | | (1,000.00) | |
| | ESTIMATED TAX PENALTY 20033908 | 18,875.50 | | 10-06-2003 |
| | LATE FILING PENALTY 20033908 | 92,813.62 | | 10-06-2003 |
| | ADDITIONAL TAX ASSESSED BY EXAMINATION AUDIT DEFICIENCY PER DEFAULT OF 90 DAY LETTER 29247-661-00256-3  20033908 | 412,505.00 | | 10-06-2003 |
| 10-06-2003 | RENUMBERED RETURN 29247-661-00256-3 | | | |
| | INTEREST ASSESSED 20033908 | 187,160.76 | | 10-06-2003 |
| | FAILURE TO PAY TAX PENALTY 20033908 | 103,126.25 | | 10-06-2003 |

FORM 4340  (REV. 01-2002)              PAGE    1

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MICHAEL S WHITE                      EIN/SSN: ███-██-9707
                                              ███-█-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|---------------------------|-------------------------------------|----------------------------|--------------------------------|
| 04-05-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 05-24-2004 | FAILURE TO PAY TAX PENALTY ABATED | | 103,126.25- | |
| 08-27-2004 | FEDERAL TAX LIEN | | | |
| 09-20-2004 | FEES AND COLLECTION COSTS | | 14.00 | |
| 08-26-2004 | LEGAL/BANKRUPTCY SUIT PENDING | | | |
| 10-11-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-26-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-13-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |

FORM 4340  (REV. 01-2002)              PAGE    2

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MICHAEL S WHITE                    EIN/SSN: ██-█-9707
                                            ██-█-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|-----------------------------|----------------------------------|
| 04-11-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 04-13-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 06-05-2000 | Taxpayer Deliquency Notice | | | |
| 10-06-2003 | Statutory Notice of Balance Due | | | |
| 11-10-2003 | Notice of Balance Due | | | |
| 12-15-2003 | Notice of Balance Due | | | |
| 02-16-2004 | Statutory Notice of Intent to Levy | | | |
| 11-29-2004 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)              PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MICHAEL S WHITE                          EIN/SSN: ██-█-9707
                                                  ██-█-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1998
------------------------------------------------------------------------

BALANCE          711,368.88

------------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Linda L. Drake_

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:_____SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 07/24/2006

FORM 4340  (REV. 01-2002)                PAGE    4

000018

# EXHIBIT 4



# United States        of America

### Department of the Treasury
### Internal Revenue Service

Date: July 24, 2006

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed:    is a true Form 4340, Certificate of Assessments, Payments and Other Specified Matters for Michael S. White, SSN: ███-██-9707 and Spouses SSN: ██-██-3288, for U.S. Individual Income Tax Return (Form 1040), for the tax period December 31, 1999 consisting of four pages ——————————————————————

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:

*Linda L. Drake*

Linda L. Drake
Supervisor Accounting Technician
Ogden W&I Submission Processing
SW Delegation Order 198

```
          CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
-------------------------------------------------------------------------------

MICHAEL S WHITE                       EIN/SSN: ███-██-9707
                                               ███-██-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999

                                      ASSESSMENT,    PAYMENT,    ASSESSMENT
DATE        EXPLANATION OF TRANSACTION  OTHER DEBITS   CREDIT    DATE (23C,
                                       (REVERSAL)    (REVERSAL)   RAC 006 )
-------------------------------------------------------------------------------

            ADJUSTED GROSS INCOME
                  30,662.00

            TAXABLE INCOME
                  24,312.00

            SELF EMPLOYMENT TAX
                  1,878.00

11-27-2000  SUBSTITUTE FOR RETURN                      0.00       12-25-2000
            29210-330-26329-0

            ESTIMATED TAX PENALTY               370.94            10-06-2003
            20033908

            LATE FILING PENALTY               1,724.62            10-06-2003
            20033908

            ADDITIONAL TAX ASSESSED           7,665.00            10-06-2003
            BY EXAMINATION
            AUDIT DEFICIENCY PER
            DEFAULT OF 90 DAY LETTER
            29247-660-00143-3   20033908

10-06-2003  RENUMBERED RETURN
            29247-660-00143-3

            INTEREST ASSESSED                 2,539.65            10-06-2003
            20033908

            FAILURE TO PAY TAX                1,609.65            10-06-2003
            PENALTY
            20033908

04-05-2004  MODULE IN FEDERAL PAYMENT
            LEVY PROGRAM

08-27-2004  FEDERAL TAX LIEN

08-26-2004  LEGAL/BANKRUPTCY SUIT
            PENDING

FORM 4340  (REV. 01-2002)                PAGE     1
```

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------

MICHAEL S WHITE                          EIN/SSN: ███-██-9707
                                                  ███-██-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
| --- | --- | --- | --- | --- |
| 10-11-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 08-26-2004 | LEGAL/BANKRUPTCY SUIT NO LONGER PENDING | | | |
| 11-29-2004 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 12-13-2004 | MODULE REVERSED OUT OF FEDERAL PAYMENT LEVY PROGRAM | | | |
| 02-07-2005 | MODULE IN FEDERAL PAYMENT LEVY PROGRAM | | | |
| 04-11-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE LEVY NOTICE ISSUED | | | |
| 04-13-2005 | INTENT TO LEVY COLLECTION DUE PROCESS NOTICE RETURN RECEIPT SIGNED | | | |
| 10-06-2003 | Statutory Notice of Balance Due | | | |
| 11-10-2003 | Notice of Balance Due | | | |
| 12-15-2003 | Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)               PAGE    2

000021

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------------------

MICHAEL S WHITE                    EIN/SSN: ██-██-9707
                                            ██-██-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  1999


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE (23C, RAC 006 ) |
|------|----------------------------|-------------------------------------|----------------------------|----------------------------------|
| 02-16-2004 | Statutory Notice of Intent to Levy | | | |
| 11-29-2004 | Statutory Notice of Intent to Levy | | | |

FORM 4340  (REV. 01-2002)                    PAGE    3

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS

------------------------------------------------------------------

MICHAEL S WHITE                    EIN/SSN: ███-██-9707
                                            ███-██-3288


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC  1999
------------------------------------------------------------------

BALANCE        13,909.86

------------------------------------------------------------------
I CERTIFY THAT THE FOREGOING TRANSCRIPT OF THE TAXPAYER NAMED ABOVE IN RESPECT
TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE TRANSCRIPT FOR THE PERIOD STATED,
AND ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED
PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE
RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE ARE SHOWN THEREIN.  I
FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT
APPEAR IN THE OFFICIAL RECORDS OF THE INTERNAL REVENUE SERVICE.

------------------------------------------------------------------
SIGNATURE OF CERTIFYING OFFICER: _Linda L. Drake_

PRINT NAME:_____Linda L. Drake_____

TITLE:_____Supervisor Accounting Technician, Ogden W&I Submission Processing

DELEGATION ORDER:___SW Delegation Order 198_____


LOCATION: INTERNAL REVENUE SERVICE

        ACCOUNT STATUS DATE 07/24/2006

FORM 4340  (REV. 01-2002)              PAGE    4


000023

# EXHIBIT 5

UNITED STATES TAX COURT
Washington, D.C.  20217

RECEIVED IN
DOCKET AND RECORD BRANCH
99 OCT 13 PM 3: 47

CHIEF COUNSEL'S OFFICE
THE
INTERNAL REVENUE SERVICE

MICHAEL S. WHITE AND
STACY L. BENEVEDES-WHITE,                )
                                         )
           Petitioners,                  )
                                         )
     v.                                  )      Docket No. 12437-99
                                         )
COMMISSIONER OF INTERNAL REVENUE,        )
                                         )
           Respondent.                   )

## ORDER OF DISMISSAL AND DECISION

On April 15, 1999, respondent issued a notice of deficiency
to petitioners determining a deficiency of $148,649 in
petitioners' Federal income taxes for taxable year 1996.   The
deficiency is attributable to respondent's determination that
petitioners received unreported "other income" of $350,000 and
unreported wages of $26,861.

Petitioners filed a timely petition for redetermination with
the Court on July 14, 1999.   The petition alleges that the above-
mentioned notice of deficiency "is based on misinterpretation of
the Sixteenth Amendment to the United States Constitution" and on
the "misapplication of the Internal Revenue Code by the
Commissioner."  The petition further alleges that "[t]he
Constitution prohibits a Capitation or other Direct tax unless
apportioned equally among the Several States according to
population."  The petition goes on to allege, inter alia, that
"petitioners were not engaged in a taxable activity upon which
income taxes were owing" because they were not engaged in "an
excise taxable activity".   At the time the petition was filed,
petitioners resided in Hopland, California.

On August 30, 1999, respondent filed a Motion to Dismiss For
Failure to State a Claim Upon Which Relief Can Be Granted.   By
Order dated August 31, 1999, petitioners were directed to file a
proper amended petition setting forth with specificity each error
allegedly made by respondent in the determination of the
deficiency and separate statements of every fact upon which the
assignments of error are based.

- 2 -

Petitioners did not comply with the Court's Order dated August 31, 1999, by filing an amended petition. However, on September 29, 1999, petitioners filed a Rule 50(c) statement with the Court. (Section references are to the Internal Revenue Code, as amended; Rule references are to the Tax Court Rules of Practice and Procedure.)

In their Rule 50(c) statement, petitioners assert that they "should certainly be allowed to rely upon this nation's federal Constitution." Petitioners continue to rely on the allegations made in their petition and state that:

> Respondent's code does not define "income" subject to inclusion in calculating "gross income", nor is there a statute defining "income" upon which Respondent's code provisions are applicable; thus Petitioners were deceived and misled [by Respondent] into believing all revenues were the lawful subject of Respondent's excise taxing jurisdiction.

This matter was called for hearing at the Court's motions session held on September 29, 1999, in Washington, D.C. Counsel for respondent appeared at the hearing and presented argument in support of respondent's motion. No appearance was made by or on behalf of petitioner at the hearing.

Rule 34(b)(4) requires that a petition filed in this Court contain clear and concise assignments of each and every error that the taxpayer alleges to have been committed by the Commissioner in the determination of the deficiency and the additions to tax in dispute. Rule 34(b)(5) further requires that the petition contain clear and concise lettered statements of the facts on which the taxpayer bases the assignments of error. See Jarvis v. Commissioner, 78 T.C. 646, 658 (1982).

The petition filed in this case does not satisfy the requirements of Rule 34(b)(4) and (5). Although petitioner states that he disagrees with respondent's determinations, there is neither assignment of error nor allegation of fact in support of any justiciable claim. Rather, there is nothing but tax protester rhetoric and legalistic gibberish, as demonstrated by the quotations from the petition provided above. Moreover, rather than file a proper amended petition as directed by the Court, petitioner filed a Rule 50(c) statement repeating the allegations contained in the petition. Under the circumstances, we see no need to catalog petitioner's arguments and painstakingly address them. As the Court of Appeals for the

- 3 -

Fifth Circuit has remarked: "We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit." Crain v. Commissioner, 737 F.2d 1417 (5th Cir. 1984).

Because the petition fails to state a claim upon which relief can be granted, we will grant respondent's motion to dismiss this case. See Scherping v. Commissioner, 747 F.2d 478 (8th Cir. 1984); Rules 34(a)(1), 123(b).

Although respondent did not request that we impose a penalty under section 6673(a), the Court may on its own initiative require a taxpayer to pay such a penalty to the United States where the circumstances justify its imposition. Horn v. Commissioner, 90 T.C. 908, 945 (1988). Section 6673(a)(1) authorizes the Tax Court to require a taxpayer to pay to the United States a penalty not in excess of $25,000 whenever it appears that proceedings have been instituted or maintained by the taxpayer primarily for delay or that the taxpayer's position in such proceeding is frivolous or groundless.

The record in this case convinces us that petitioners were not interested in disputing the merits of the deficiency in income tax determined by respondent in the notice of deficiency. Rather, the record demonstrates that petitioners regard this case as a vehicle to protest the tax laws of this country and espouse their own misguided views. A petition to the Tax Court is frivolous "if it is contrary to established law and unsupported by a reasoned, colorable argument for change in the law." Coleman v. Commissioner, 791 F.2d 68, 71 (7th Cir. 1986), affg. an unreported order of this Court. Based on well established law, petitioners' position is frivolous and groundless.

We also are convinced that petitioners instituted and maintained this proceeding primarily, if not exclusively, for purposes of delay. Dealing with this matter wasted the Court's time and respondent's time, and taxpayers with genuine controversies were delayed.

In view of the foregoing, we will exercise our discretion under section 6673(a)(1) and require petitioner to pay a penalty to the United States in the amount of $10,000. See Fox v. Commissioner, 969 F.2d 951, 953 (10th cir. 1992), affg. T.C. Memo 1991-240; Crain v. Commissioner, supra at 1417-1418; Coulter v. Commissioner, 82 T.C. 580, 584-586 (1984).

- 4 -

Upon due consideration and for cause, it is hereby

ORDERED:  That respondent's Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted, filed August 30, 1999, is granted.  It is further

ORDERED AND DECIDED:  That petitioners are liable for the deficiency of $148,649 in their Federal income tax for taxable year 1996.

It is further

ORDERED AND DECIDED:  That petitioners shall pay a penalty to the United States pursuant to section 6673(a) in the amount of $10,000.

(Signed)  Mary Ann Cohen

Mary Ann Cohen
Chief Judge

Entered:  OCT 1 3 1999

000156