SCOTT SCHOOLS (SCBN 9990)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone: (415) 436-7000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL S. WHITE,** | **Case No.  C-07-03708-JSW** |
| **Plaintiff,** | |
| **v.** | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| **UNITED STATES OF AMERICA, ex rel., PAULINE BALDENEGRO, and ED SABRACK,** | |
| **Defendants.** | |

CONSENT TO PROCEED BEFORE  A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

SCOTT N. SCHOOLS
United States Attorney


/s/ Cynthia Stier
CYNTHIA L. STIER
Assistant United States Attorney
Tax Division
