**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

SNS:TGM:kpt

*Thomas Moore, Chief*
*David L. Denier*
*Cynthia Stier*

*9th Floor, Federal Building*  (415) 436-6999
*450 Golden Gate Avenue, Box 36055*  FAX:(415) 436-6748
*San Francisco, California 94102*  FAX:(415) 436-6927

*December 12, 2007*

*Honorable Jeffrey S. White*
*United States District Judge*
*Northern District of California*
*450 Golden Gate Ave., 17th Fl.*
*San Francisco, CA 94102*

      Re:    *Michael White v. United States*
               *No. C-07-03708-JSW        USDC ND California*

*Dear Judge White:*

    *Pursuant to the Court's Order entered December 6, 2007, the United States requests that this case be reassigned to Magistrate Judge Vadas. The United States is concurrently filing a Consent to Proceed Before a United States Magistrate.*

                                              *Very truly yours,*

                                              *SCOTT N. SCHOOLS*
                                              *United States Attorney*

                                              */s/ Cynthia L. Stier*
                                              *CYNTHIA L. STIER*
                                              *Assistant United States Attorney*
                                              *Tax Division*

*cc: Michael White*