```
1  SCOTT SCHOOLS (SCBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
      9th Floor Federal Building
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
6     Telephone: (415) 436-7000

7  Attorneys for Defendants
```

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL S. WHITE,              )<br>                                               )<br>          Plaintiff,                      )<br>                                               )<br>     v.                                       )<br>                                               )<br>UNITED STATES OF AMERICA, ex rel., )<br>PAULINE BALDENEGRO, and ED    )<br>SABRACK,                                )<br>                                               )<br>          Defendants.                  )<br>_____) | Case No.  C-07-03708-JSW<br><br><br><br><br><br>CERTIFICATE OF SERVICE |

I, **KATHY P. TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

**Declaration of Cynthia Stier Support To United States' Motion To Dismiss; United States' Motion To Dismiss And Memorandum Of Points And Authorities And Notice; [proposed] Order Granting United States' Motion To Dismiss; Consent To Proceed Before A United States Magistrate Judge; and Letter to Judge Jeffrey White dated December 12, 2007.**

1  to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed
2  envelope, and served as follows:
3  __X_  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
4  the designated area for outgoing U.S. mail in accordance with this office's practice.
5  ____   **PERSONAL SERVICE (BY MESSENGER)**
6  ____   **FACSIMILE (FAX)** No.: _____
7  to the parties addressed as follows:
8  MICHAEL S. WHITE, Pro Se
   P.O. BOX 304
9  HOPLAND, CA 95449
10       I declare under penalty of perjury under the laws of the United States that the foregoing is
11  true and correct.
12       Executed on **December 12, 2007** at San Francisco, California.

                                          /s/ Kathy P. Tat
14                                        **KATHY P. TAT**
                                          **Legal Assistant**

Certificate of Service
C-07-03708-JSW                            2