```
1  SCOTT SCHOOLS (SCBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
       9th Floor, Federal Building
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
6      Telephone: (415) 436-7000

7  Attorneys for Defendants.
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL S. WHITE,** | Case No.  C-07-03708-JSW |
| **Plaintiff,** | **UNITED STATES' RE-NOTICE OF HEARING ON MOTION TO DISMISS** |
| v. | |
| **UNITED STATES OF AMERICA, PAULINE BALDENEGRO and ED SABRACK,** | |
| | Date:  January 25, 2008 |
| **Defendants.** | Time: 9:00 a.m. |
| | Place: Courtroom 2, 17th Floor |

## RE-NOTICE OF HEARING ON MOTION TO DISMISS

**PLEASE TAKE NOTICE** that on January 25, 2008, at 9:00 a.m., in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, the United States of America will and hereby does move pursuant to Fed.R.Civ.P. 12(b)(1) to dismiss this action.  This Notice is made pursuant to Civ.L.R. 7-7(a).

                                    Respectfully submitted,

                                    SCOTT N. SCHOOLS
                                    United States Attorney

                                    /s/ Cynthia Stier
                                    CYNTHIA STIER
                                    Assistant United States Attorney, Tax Division

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

UNTIED STATES' RE-NOTICE OF HEARING ON MOTION TO DISMISS

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

MICHAEL S. WHITE, Pro Se
P.O. BOX 304
HOPLAND, CA 95449

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **December 13, 2007** at San Francisco, California.

                                         /s/ Kathy Tat
                                       **KATHY TAT**
                                       **Legal Assistant**