JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    9th Floor, Federal Building
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7000

Attorneys for Defendants.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **MICHAEL S. WHITE,** )<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>)<br>**UNITED STATES OF AMERICA, PAULINE** )<br>**BALDENEGRO and ED SABRACK,** )<br>)<br>)<br>**Defendants.** )<br>_____ ) | **Case No.  C-07-03708-JSW**<br><br>**UNITED STATES' REPLY TO**<br>**RESPONSE TO MOTION**<br>**TO DISMISS**<br><br><br><br>**Date:  January 25, 2008**<br><br>**Time: 9:00 a.m.**<br>**Place: Courtroom 2, 17thFloor** |

## UNITED STATES' REPLY TO RESPONSE TO MOTION TO DISMISS

## DISCUSSION

Plaintiff has filed numerous documents complaining that he was not served by the United States with its Motion to Relate Cases. Although this contention does not address the underlying merits of the pending Motion to Dismiss, the United States responds in order to clarify the record. As shown below, consideration of the relationship of the cases **White v. Wharf**, Case No. 06-4137 PJH (N.D. Calif. 2006) and **Michael S. White v. Conrad L. Cox, et al.**, Case No. C-07-3815-MCC (N.D. Calif 2007), was pursuant to an Order of Referral from the Honorable Maxine M. Chesney and not pursuant to any filing by the United States.

Plaintiff filed three lawsuits regarding his federal income tax liabilities. The first lawsuit, **White v. Wharf**, Case No. 06-4137 PJH (N.D. Calif. 2006), was dismissed for lack of

1  jurisdiction.  Plaintiff commenced a separate lawsuit by filing a complaint in **Michael S. White**

2  **v. Conrad L. Cox, et al.**, Case No. C-07-3815-MCC (N.D. Calif 2007).  That case was assigned

3  to the Honorable Maxine M. Chesney who entered an Order of Referral: Continuing Case

4  Management Conference, dated November 19, 2007, in which the case was referred "to the

5  Honorable Phyllis J. Hamilton for consideration of whether the case is related to  **White v.**

6  **Wharff, et al.**, 06-4137 PJH.  (See Pl.'s Case Management Statement, filed November 15, 2007

7  at 2:13-16; Pl.s First Pet. and Compl., filed July 25, 2007)."  As shown by that Order, the Court

8  relied on Plaintiff's statements in the Case Management Statement and First Petition and

9  Complaint, to file the Order sua sponte.  The United States did not enter an appearance in that

10  case and did not file an administrative motion to relate the cases.

11      Plaintiff next filed this action pending before the Honorable Jeffrey S. White.  The United

12  States filed an Administrative Motion to Consider Whether Cases Should Be Related.  That

13  administrative motion sought consideration of whether this action (07-03708) should be related

14  to the closed case of **White v. Wharf**, Case No. 06-4137 PJH (N.D. Calif. 2006).  That motion

15  was denied by the Honorable Phyllis J. Hamilton on October 17, 2007.  The United States served

16  its Administrative Motion to Consider Whether Cases Should Be Related on Michael S. White.

17  See Certificate of Service, Docket Entry No. 8 in **White v. Wharf**, Case No. 06-4137 PJH (N.D.

18  Calif. 2006).

19      In numerous letters filed with the Court, and in the Response to Motion to Dismiss,

20  Plaintiff mistakenly states that the United States filed a Motion to Relate cases **White v. Wharf**,

21  Case No. 06-4137 PJH (N.D. Calif. 2006) and **Michael S. White v. Conrad L. Cox, et al.**, Case

22  No. C-07-3815-MCC (N.D. Calif 2007).  As shown above, consideration of whether those cases

23  should be related was pursuant to the Order of Referral from the Honorable Maxine M. Chesney

24  and not pursuant to any filing by the United States.

25  //

26  //

27

28  US Reply to Response to Motion to
    Dismiss, White v. US et al., Case
    No. C-07-03708-JSW                    2

1

**CONCLUSION**

2      For the reasons set forth above, and those stated in the Motion to Dismiss filed by the

3  United States, this action should be dismissed, with prejudice.

4

5                                  Respectfully submitted,

6                                  JOSEPH P. RUSSONIELLO
                                   United States Attorney

7

8                                  /s/ Cynthia Stier
                                   CYNTHIA STIER
                                   Assistant United States Attorney, Tax Division

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  US Reply to Response to Motion to
    Dismiss, White v. US et al., Case
    No. C-07-03708-JSW                        3

1

**CERTIFICATE OF SERVICE**

2

I, **KATHY TAT** declare:

3

That I am a citizen of the United States of America and employed in San Francisco County,

4

California; that my business address is Office of United States Attorney, 450 Golden Gate

5

Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years,

6

and am not a party to the above-entitled action.

7

I am employed by the United States Attorney for the Northern District of California and

8

discretion to be competent to serve papers. The undersigned further certifies that I caused a copy

9

of the following:

10

**UNITED STATES' REPLY TO RESPONSE TO MOTION TO DISMISS**

11

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed
envelope, and served as follows:

12

13

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
the designated area for outgoing U.S. mail in accordance with this office's practice.

14

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

15

____ **FACSIMILE (FAX)** No.: _____

16

to the parties addressed as follows:

17

MICHAEL S. WHITE, Pro Se

18

P.O. BOX 304
HOPLAND, CA 95449

19

20

I declare under penalty of perjury under the laws of the United States that the foregoing is

21

true and correct.

22

Executed on **January 7, 2008** at San Francisco, California.

23

24

25

_____ /s/ Kathy Tat

**KATHY TAT**

26

**Legal Assistant**

27

28