1  JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
3  Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
  9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
6   Telephone: (415) 436-7000

7  Attorneys for Defendants

8

9                      UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  MICHAEL S. WHITE,                )    Case No.  C-07-03708-JSW
                                     )
13              Plaintiff,           )    CASE MANAGEMENT
                                     )    STATEMENT BY UNITED
14                                   )    STATES AND
                                     )    [Proposed] ORDER
15         v.                        )
                                     )
16                                   )    Date: April 18, 2008
   UNITED STATES OF AMERICA, ex rel.,)    Time: 9:00 a.m.
17  PAULINE BALDENEGRO, and ED       )
   SABRACK,                          )    Place: Courtroom 2, 17th Floor
18                                   )
                                     )
19              Defendants.          )
   ──────────────────────────────────)

20         The United States of America, on behalf of its agency the Internal Revenue Service, and

21  the named individual defendants, Pauline Baldenegro and Ed Sabrack, employees of the Internal

22  Revenue Service, submit this case Management Statement and Proposed Order and request the

23  Court to adopt it as its Case Management Order in this case.[1]

24                      DESCRIPTION OF THE CASE

25  1.     A brief description of the events underlying the action:

26  a.     Parties.

27  The United States filed a Motion to Dismiss this action for lack of jurisdiction.  By Order

28

───────────────────────
[1]Plaintiff, pro se, filed a separate Case Management Statement.

entered January 22, 2008, this Court converted that Order to a Motion for Summary Judgment and rescheduled the hearing date to April 18, 2008 at 9:00 a.m. The Court ordered Plaintiff to file an Opposition Brief and evidence in support of his claims contesting the procedural validity of the tax liens in accordance with Fed.R.Civ.P. 56(f).  Plaintiff filed a Response on February 14, 2008, which does not appear to address the Court's Order.

Plaintiff contends that the United States has not established a tax liability and therefore has no jurisdiction to file a federal tax lien.  The Notice of Federal Tax Lien, in the amount of $725,264.74, was filed on August 24, 2004 securing Plaintiff's 1998 and 1999 federal income tax liabilities.  The tax lien was filed  in Mendocino County, California by former IRS Revenue Officer Pauline Baldenegro.

Plaintiff also complains of subsequent levy action(s) instituted against him by Internal Revenue Service Revenue Officer Ed Sabrack.  The Notice of Levy was served to Umpqua Bank in Roseburg, Oregon on April 9, 2007.

**2.     The principal factual issues which the parties dispute:**

The dispute appears to be legal rather than factual.

**3.     The principal legal issues which the parties dispute:**

I.     Whether the federal tax lien is valid?

**4.     The other factual issues [*e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue*] which remain unresolved for the reason stated below and how the parties propose to resolve those issues:**

Motion for Summary Judgment for lack of jurisdiction pending.

**5.     The parties which have not been served and the reasons:**

None.

**6.     The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:**

The United States is the real party in interest.

//

//

**US Case Management Statement,**
**C-07-03708-JSW                2**

7. **The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial:**

a. **Plaintiff**

b. **Defendants**

Defendant does not consent to assignment of this case to a United States Magistrate Judge for trial.

## ALTERNATIVE DISPUTE RESOLUTION

8. **Please indicate the appropriate responses.**

☐ **The case was automatically assigned to Nonbinding Arbitration at filing and will be ready for the hearing by** (date) _____.

Not applicable.

☐ **The parties have filed a Stipulation and Proposed Order Selecting an ADR Process** (specify process)**:** _____.

Not applicable.

☐ **The parties filed a Notice of Need for ADR Phone Conference and the phone conference was held on or is scheduled for** _____.

Not applicable.

☐ **The parties have not filed a Stipulation and Proposed Order Selecting an ADR Process and the ADR process that the parties joint request** [or a party separately requests] **is** _____.

Not applicable.

9. **Please indicate any other information regarding ADR process or deadline.**

a. **Plaintiff**

None.

b. **Defendant**

Because the United States has a pending Motion for summary Judgment, it does not believe that assignment to an ADR process at this time would be appropriate. In the event the Court denies the United States' Motion, the United States will promptly advise the

**US Case Management Statement,**
**C-07-03708-JSW**                    3

1  Court as to its request for assignment to an appropriate ADR process.

2  **DISCLOSURES**

3      **10.**    **The parties certify that they have made the following disclosures** [list

4  disclosures of persons, documents, damage computations and insurance agreements]:

5      **a.**    <u>**Plaintiff**</u>

6      The Defendant does not require Plaintiff to provide disclosures.

7      **b.**    <u>**Defendant**</u>

8      Defendant has made its disclosures.

9  **DISCOVERY**

10      **11.**    **The parties agree to the following discovery plan** [Describe the plan e.g., any

11  limitation on the number, duration or subject matter for various kinds of discovery; discovery

12  from experts; deadlines for completing discovery]**:**

13      **a.**    <u>**Plaintiff**</u>

14      Unknown at this time.

15      **b.**    <u>**Defendant**</u>

16      Because the United States has a pending Motion for Summary Judgment, Defendant does

17  not propose a discovery plan at this time.  In the event the Court denies the United States'

18  Motion,  Defendant will promptly propose a discovery plan to the Court.

19  **TRIAL SCHEDULE**

20      **12.**    <u>**The parties request a trial date as follows:**</u>

21      **a.**    <u>**Plaintiff**</u>

22      Unknown at this time.

23      **b.**    <u>**Defendant**</u>

24      The United States does not request a trial date at this time as it has a pending

25  Motion for Summary Judgment.  In the event the Court denies the United States' Motion, the

26  United States will seek a status conference to request a trial date.

27  //

28  //

**US Case Management Statement,**
**C-07-03708-JSW**        4

1    **13.    The parties expect that the trial will last for the following number of days:**

2    **a.    Plaintiff**

3         Unknown at this time.

4    **b.    Defendant**

5         Not applicable at this time.

6

7                                                     JOSEPH RUSSONIELLO
                                                     United States Attorney

8

9    Dated: April 14, 2008              By:         /s/Cynthia Stier
                                                     Cynthia Stier
10                                                   Assistant U.S. Attorney
                                                     Attorneys for the United States of America
11                                                   and the Named defendants

12

13                       **CASE MANAGEMENT ORDER**

14         The Case Management Statement and Proposed Order is hereby adopted by the

15   Court as the Case Management Order for the case and the parties are ordered to comply with this

16   Order.  In addition the Court orders:

17

18

19

20   Dated:_____      _____
                                    THE HONORABLE JEFFREY WHITE
21                                   UNITED STATES DISTRICT  JUDGE

22

23

24

25

26

27

28

**US Case Management Statement,**
**C-07-03708-JSW**              5

1

## CERTIFICATE OF SERVICE

2    I, **KATHY TAT** declare:

3    That I am a citizen of the United States of America and employed in San Francisco County,

4 California; that my business address is Office of United States Attorney, 450 Golden Gate

5 Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years,

6 and am not a party to the above-entitled action.

7    I am employed by the United States Attorney for the Northern District of California and

8 discretion to be competent to serve papers. The undersigned further certifies that I caused a copy

9 of the following:

10 **CASE MANAGEMENT STATEMENT BY UNITED STATES AND [Proposed] ORDER**

11 to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed
envelope, and served as follows:

12
13 _X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in
the designated area for outgoing U.S. mail in accordance with this office's practice.

14 ____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

15 ____ **FACSIMILE (FAX)** No.: _____

16 to the parties addressed as follows:

17 MICHAEL S. WHITE, Pro Se
18 P.O. BOX 304
HOPLAND, CA 95449

19
20 STACY L. WHITE, Pro Se
P.O. BOX 304
21 HOPLAND, CA 95449

22    I declare under penalty of perjury under the laws of the United States that the foregoing is

23 true and correct.

24
25    Executed on **April 14, 2008** at San Francisco, California.

26

27    _____ /s/ Kathy Tat
**KATHY TAT**
28 **Legal Assistant**