IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**            **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 18, 2008                **Court Reporter:  Sahar McVickar**

**CASE NO.:**   C-07-3708  JSW

**TITLE:**  Michael White, et al.,  v.  United States of America, et al.,

**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

**Stacy White (Pro Se)**                **Cynthia Stier**
**Michael White (Pro Se)**

**PROCEEDINGS:**   1) **Motion for Summary Judgment**

                    2) **Further CMC**

**RESULTS:**   The Court heard argument from the parties.
The motion is taken under submission.
A written ruling shall issue.

Further CMC not held.