**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL S. WHITE,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

No. C 07-03708 JSW

**JUDGMENT**

    Pursuant to the Court's Order entered today granting Defendants' motion for summary judgment based on a lack of subject matter jurisdiction, judgment is HEREBY ENTERED. The Clerk is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 30, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA
4
5
6  MICHAEL S. WHITE,                                    Case Number: CV07-03708 JSW
7              Plaintiff,                               **CERTIFICATE OF SERVICE**
8     v.
9  USA et al,
10             Defendant.                             /
11
12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13 That on June 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
14
15
16
17 Michael S. White
   P.O. Box 304
   Hopland, CA 95449
18
19 Dated: June 30, 2008

   *Jennifer Ottolini*
   Richard W. Wieking, Clerk
   By: Jennifer Ottolini, Deputy Clerk